IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TILLMAN NORTH,                              :  | |
|     Plaintiff,                                        : | |
|                                                             : | |
| v.                                                           : | CIVIL ACTION 15-00009-KD-C |
|                                                             : | |
| ESCAMBIA COUNTY SHERRIFF'S      : | |
| DEPARTMENT, *et al.*,                        : | |
|     Defendants.                                  : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 27, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based upon plaintiff's failure to prosecute this action and failure to fully comply with the Court's March 23, 2015 Order.

**DONE** and **ORDERED** this the **25th** day of **September 2015.**

                                                     /s/ Kristi K. DuBose
                                                   **KRISTI K. DuBOSE**
                                                   **UNITED STATES DISTRICT JUDGE**